FILED
CHARLOTTE, N.C.

2004 OCT 25 PM 3: 04

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

*3:04-mc-156*

In Re:                              )
                                    )  **ORDER OF REFERENCE OF**
Adversary Proceedings in            )  **PRE-TRIAL PROCEEDINGS**
Bankruptcy Court                    )  **IN BANKRUPTCY ADVERSARY**
                                    )  **PROCEEDINGS WITH JURY**
                                    )  **TRIAL DEMANDS**
                                    )
_____)

This matter is before the court on its own initiative to establish a standard procedure for administering adversary proceedings in the bankruptcy court of this District in which a demand for jury trial prevents the bankruptcy court from conducting the trial of the case.

The Court has concluded that the administration of justice would be served by reference to the bankruptcy court of all pre-trial proceedings in such cases.

It is therefore **ORDERED** that, in all adversary proceedings in the bankruptcy court of this District in which a demand for jury trial prevents the bankruptcy court from conducting the trial:

1.   The District Court hereby refers to the bankruptcy court all pre-trial proceedings in such cases (including ruling on dispositive motions).

2.    At the conclusion of pre-trial proceedings the bankruptcy court shall file a Certificate of Readiness for Trial with the District Court, and the clerk's office will put the case in line for trial based upon its original filing date in the bankruptcy court.


_____
Graham C. Mullen


_____
Richard L. Voorhees


_____
Lacy H. Thornburg


_____
H. Brent McKnight