IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:04-MC-156

IN RE:

Adversary Proceedings in
Bankruptcy Court

ORDER OF REFERENCE OF
PRE-TRIAL PROCEEDINGS
IN BANKRUPTCY ADVERSARY
PROCEEDINGS WITH JURY TRIAL
DEMANDS

**THIS MATTER** is before the Court on its own initiative to establish a standard procedure for administering adversary proceedings in the bankruptcy court of this District in which a demand for jury trial prevents the bankruptcy court from conducting the trial of the case.

The Court has concluded that the administration of justice would be served by reference to the bankruptcy court of all pre-trial proceedings in such cases.

It is therefore ORDERED that, in all adversary proceedings in the bankruptcy court of this District in which a demand for jury trial prevents the bankruptcy court from conducting the trial:

1. The District Court hereby refers to the bankruptcy court all pre-trial proceedings in such cases (including ruling on dispositive motions).

2. At the conclusion of pre-trial proceedings the bankruptcy court shall file a Certificate of Readiness for trial with the District Court, and the clerk's office will put the case in line for trial based upon its original filing date in the bankruptcy court.

So ORDERED this 28th day of April, 2011.

s/Robert J. Conrad, Jr.
Robert J. Conrad, Jr., Chief
United States District Court Judge

s/Richard L. Voorhees
Richard L. Voorhees
United States District Judge

s/Martin Reidinger
Martin Reidinger
United States District Judge

s/Max O. Cogburn, Jr
Max O Cogburn, Jr
United States District Judge

s/Frank D. Whitney
Frank D. Whitney
United States District Judge

s/Graham C. Mullen
Graham C. Mullen, Senior
United States District Judge